UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LYNNE BESHON

              Plaintiff,

- against -

MOLD-RITE PLASTICS, LLC, ET AL.,

              Defendants.

---

23-cv-8279 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to file a Rule 26(f) report by November 18, 2023.

SO ORDERED.

Dated:    New York, New York
            November 2, 2023

                                                  John G. Koeltl
                                        United States District Judge