```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
  LYNNE BESHON,

                              Plaintiff,            POST-CONFERENCE ORDER

            -against-                               23-CV-8279 (JGK)

  MOLD-RITE PLASTICS, LLC et al.,

                              Defendants.
-----------------------------------------------------------------X
```

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

On December 5, 2024, the parties appeared before the undersigned judge for a settlement conference. As discussed during the conference, the parties shall email the Court a settlement status update **by December 13, 2024**.

**SO ORDERED.**

Dated: December 5, 2024
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/5/2024