```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/13/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

LYNNE BESHON,

                              Plaintiff,

           -against-

MOLD-RITE PLASTICS. LLC, et al.,

                            Defendants.
-----------------------------------------------------------------X

**ORDER**

**23-CV-8279 (JGK)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      On December 5, 2024, the parties appeared before the undersigned for a settlement conference. **By January 6, 2025**, the parties shall file a joint status letter, updating the Court on the status of their settlement negotiations.

      **SO ORDERED.**

Dated: December 13, 2024
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge